872

No. 274, Misc. MAY v. VIRGINIA. Sup. Ct. App. Va. Certiorari denied.

No. 277, Misc. SNEAD v. WARDEN, MARYLAND PENITENTIARY. Ct. App. Md. Certiorari denied.

No. 278, Misc. DAVIS v. MISSOURI. Sup. Ct. Mo. Certiorari denied. *Arthur J. Freund* for petitioner.

No. 281, Misc. CREIGHTON v. UNITED STATES. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 283, Misc. SUMMONS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 285, Misc. WICKHAM v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 286, Misc. AYERS v. BALKCOM, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 287, Misc. COMBS v. DENNO, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 290, Misc. FRANCE v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 291, Misc. JOHNSON v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.